**Order entered November 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01292-CV

## IN RE RODNEY J. MCGAFFEY, Relator

**Original Proceeding from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-10-582**

# ORDER

Before Justices Bridges, Osborne, and Carlyle

Before the Court is relator's October 23, 2019 petition for writ of mandamus. We request

real party in interest Ashleigh Herrera and respondent file their responses to the petition, if any,

by **December 6, 2019**.

/s/     DAVID L. BRIDGES
        PRESIDING JUSTICE
